IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DeWAYNE THOMPSON, | No. CIV S-09-3478-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| CHRIS MAUCK, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff previously consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c) (Doc. 6). Defendants have not filed a consent or request for reassignment as previously ordered. Plaintiff now seeks reconsideration of the undersigned's order dismissing several of his claims and defendants from this action. Within his motion for reconsideration, it appears that plaintiff wishes to withdraw his consent.

As consent has not been received from all parties to this action, and the matter is therefore not before the undersigned as the presiding judge for all purposes, plaintiff may withdraw his consent without demonstrating good cause or extraordinary circumstances. See 28 U.S.C. § 636(c); Dixon v. Ylst, 990 F.2d 478, 480 (9th Cir. 1993).

1

Accordingly, in the interest of justice, the court grants plaintiff's request to rescind his consent, and plaintiff's consent to the jurisdiction of the undersigned magistrate judge is deemed withdrawn. The Clerk of the Court shall randomly assign a District Judge to this case and to update the docket to reflect the new case number.

IT IS SO ORDERED.

DATED: May 23, 2011

                                                                    /s/ Craig M. Kellison_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE