**WILLIAMS & ASSOCIATES**
1250 Sutterville Road, Suite 290
Sacramento, CA  95822
(916) 456-1122
(916) 737-1126 (fax)

Kathleen J. Williams, CSB #127021
Martha M. Stringer, CSB #156333

Attorneys for defendant
MAUCK and THOMPSON

**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEWAYNE THOMPSON, | CASE NO: 2:09-cv-03478-JAM-CMK |
| Plaintiff, | **ORDER** |
| v. | |
| MAUCK, et al. | |
| Defendant. | |

**ORDER**

Defendants MAUCK and THOMPSON seek an order from the Court, pursuant to Federal Rule of Civil Procedure 30(b)(4), to permit defendants' counsel to conduct the deposition of plaintiff DEWAYNE THOMPSON via video conference.

Having read defense counsel's request,

IT IS HEREBY ORDERED THAT:

1. Defendants' request to conduct plaintiff's deposition via video conference is GRANTED.

/ / /

/ / /

*Thompson v Mauck [2:09-cv-03478]* Proposed Order                                                             Page 1

2. Nothing in this Order shall be interpreted as requiring any penal institution to obtain videoconferencing equipment if it is not already available.

DATED: August 19, 2011

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

# PROOF OF SERVICE BY MAIL

*Thompson, DeWayne v. Mauck, et al.*
United States District Court, Eastern District
Case No. 2:09-cv-03478-JAM-CMK

I am a citizen of the United States, employed in the City and County of Sacramento. My business address is 1250 Sutterville Road, Suite 290, Sacramento, California 95822. I am over the age of 18 years and not a party to the above-entitled action.

I am familiar with WILLIAMS & ASSOCIATES' practice whereby the mail is sealed, given the appropriate postage and placed in a designated mail collection area. Each day's mail is collected and deposited in a U.S. mailbox after the close of each day's business.

I certify that on August 10, 2011, pursuant to F.R.C.P. 5(b), I deposited in the United States mail, postage prepaid, a true copy of the document entitled:

**PROPOSED ORDER**

and addressed as follows:

**LEGAL DOCUMENTS ENCLOSED**
DeWayne Thompson
T-12115
CSP-CORCORAN
PO BOX 3461
Cocoran, CA 93212-3461

I declare that I am employed in the office of a member of the bar of this Court at whose direction this service was made.

DATED: August 10, 2011

                                       /s/AG Thomas
                                       AG Thomas