IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DeWAYNE THOMPSON, | No. CIV S-09-3478-JAM-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| CHRIS MAUCK, et al., | |
| Defendants. | |
| _____ / | |

Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. This action continues against defendant Mauck only. Pursuant to the court's request, both sides have indicated this case is ready for trial. However, neither side has filed complete status reports providing the court with the information necessary to properly set it for trial. Therefore, the parties shall each submit to the court and serve by mail on all other parties a full report on the status of this case. The report must address the following:

    1.    A narrative statement of the facts that will be offered by oral or documentary evidence at trial;

    2.    A list of all exhibits to be offered into evidence at the trial of the case;

    3.    A list of the names and addresses of all witnesses the party intends to call;

        4.       A summary of the anticipated testimony of any incarcerated witnesses;

        5.       The time estimated for trial;

        6.       Whether either party still requests trial by jury;

        7.       Whether the parties believe participation in mediation or settlement conference would be beneficial to resolving this matter; and

        7.       Any other matter, not covered above, which the party desires to call to the attention of the court.

The parties are warned that failure to file a status report which addresses the issues set forth above may result in the imposition of appropriate sanctions, including dismissal of the action or preclusion of issues or witnesses. <u>See</u> Local Rule 110. Once the court receives full status reports, a new scheduling order will issue setting the necessary pre-trial and trial dates.

Accordingly, IT IS HEREBY ORDERED that:

        1.       Plaintiff's status report shall be filed and served within 30 days from the date of service of this order; and

        2.       Defendants' status report shall be filed within 14 days after service of plaintiff's status report.

DATED: October 15, 2012

                                                                          
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE