## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

DeWAYNE THOMPSON,

        Plaintiff,                    No. CIV S-09-3478-JAM-CMK P

  vs.

CHRIS MAUCK, et al.,

                              **ORDER & WRIT OF HABEAS CORPUS**
        Defendants.         **AD TESTIFICANDUM**

/

        DeWayne Thompson, CDCR # T-12115, a necessary and material witness in a settlement conference in this case on April 4, 2013, is confined in Pelican Bay State Prison, 5905 Lake Earl Drive, Crescent City, California 95531, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Kendall J. Newman to appear from the institution by video conference at the U. S. District Court, Courtroom #25, 501 I Street, Sacramento, California 95814, on Thursday, April 4, 2013 at 1:00 p.m.

        ACCORDINGLY, IT IS ORDERED that:

        1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference by video conference at the time and place above, until completion of the settlement conference or as ordered by Judge Kendall J. Newman; and

        2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, Pelican Bay State Prison, P. O. Box 7000, Crescent City, California 95531:**

        **WE COMMAND** you to produce the inmate named above to testify before Judge Newman by video conference at the time and place above, until completion of the settlement conference or as ordered by Judge Newman.

        **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: February 13, 2013

                                                                                                    */s/ Craig M. Kellison*
                                                                                                    **CRAIG M. KELLISON**
                                                                                                    UNITED STATES MAGISTRATE JUDGE