IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DeWAYNE THOMPSON, | No. 2:09-CV-3478-JAM-CMK-P |
| Plaintiff, | |
| vs. | <u>ORDER</u> |
| CHRIS MAUCK, et al., | |
| Defendants. | |

      Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court are plaintiff's motions to issue subpoenas (Doc. 61, 63).  These motions were filed prior to the settlement conference the parties participated in on April 4, 2013.  The parties were able to reach a settlement agreement at the settlement conference, and the court is currently awaiting dispositional documents, which are expected to be filed on or about October 7, 2013.  As the parties have reached a settlement agreement, it no longer appears necessary for any subpoenas to be issued.  Plaintiff's motions will therefore be denied as moot.  If the appropriate dispositional documents are not filed, and this case continued on toward trial, the issuance of subpoenas may be addressed at a later time, and plaintiff may file a renewed motion.

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's motions for issuance of subpoenas (Docs. 61, 63) are denied without out prejudice as moot.

DATED: September 16, 2013

```
_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE
```