**WILLIAMS & ASSOCIATES**
1250 Sutterville Road, Suite 290
Sacramento, CA  95822
(916) 456-1122
(916) 737-1126 (fax)

Kathleen J. Williams, CSB #127021
Martha M. Stringer, CSB #156333

Attorneys for defendant MAUCK

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEWAYNE THOMPSON,<br><br>        Plaintiff,<br><br>v.<br><br>MAUCK, et al.<br><br>        Defendant. | CASE NO: 2:09-cv-03478-JAM-CMK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff DEWAYNE THOMPSON, in pro se, and defendant CHRIS MAUCK, by and through his attorney of record, stipulate to the dismissal of the above-captioned action, with prejudice, each side to bear its own costs and attorneys fees.

Dated: 5/6/13          /s/ DeWayne Thompson (signature retained by counsel)
                                     DEWAYNE THOMPSON, in pro se

Dated: 9/27/13         WILLIAMS & ASSOCIATES

                       By: /s/ Kathleen J. Williams
                           KATHLEEN J. WILLIAMS, CSB 127021
                           Attorneys for defendant MAUCK

**IT IS SO ORDERED**

Dated: 9/27/2013        /s/ John A. Mendez
                        John A. Mendez, Judge, USDCJ

*Thompson v Mauck* [2:09-cv-03478] Stipulation and Order for Dismissal